AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

UNITED STATES OF AMERICA, *et al.*,

      Plaintiff,

V.

BARRICK GOLDSTRIKE MINES, INC.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00117-RCJ-WGC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion to Enter Consent Decrees (ECF No. 11) is GRANTED.

June 2, 2015

**LANCE S. WILSON**
Clerk

/s/ J. Cotter
Deputy Clerk